SEROJ MESERKHANI (SBN 224933)
MESERKHANI & BAGRAMIAN LLP
1153 N. Brand Blvd.
Glendale, CA 91202
Tel: (818) 291-9810
FAX: (818) 291-9285
Email: sm@mbllplaw.com
Attorney for Plaintiffs:

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammad Reza Oskounejad;<br>Seyedeh Nasim Ziya;<br>Salar Oskounejad,<br><br>United States Department of Homeland Security; United States Citizenship and Immigration Services (USCIS); Los Angeles Asylum Office; David Radel, Director of the ArlingtonAsylum Office; Alejandro Mayorkas, Secretary of Department of Homeland Security; Ur. M Jaddou, Director of USCIS; Ted H. Kim, Associate Director of Refugee, Asylum, and International Operations,<br><br>Defendants. | ) Case No.:<br>)<br>)<br>)<br>)<br>) COMPLAINT FOR DECLARATORY<br>) AND INJUNCTIVE RELIEF FOR A<br>) WRIT IN THE NATURE OF<br>) IMMIGRATION MANDAMUS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

MESERKHANI & BAGRAMIAN LLP
1153 North Brand Blvd., Glendale, CA 91202
Tel: (818) 291-9810 Fax: (818) 291-9285

**INTRODUCTION**

1.    This action is brought by plaintiffs Mohammd Reza Oskounejad, Seyedeh Nasim Ziya, and Salar Oskounejad, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel and order defendants and those under them, under the Administrative Procedure Act ("APA"), to schedule an interview for an I-589 Application for Asylum and for Withholding of Removal ("Asylum Application").

2.    Plaintiffs submitted their asylum application on May 4, 2015. (**Exhibit A-I-589 Application for Asylum and for Withholding of Removal**). The Asylum Application was received and processed by defendant Los Angeles Asylum Office on May 6, 2015 by the Asylum Office. (**Exhibit B- Notice of receipt of the Asylum Application issued by the asylum office**).

3.    On May 9, 2015, Defendant Asylum Office issued a notice instructing plaintiffs to appear at their local application support center between May 12, 2015 and May 26, 2015 to have their biometric information taken. (**Exhibit C- I-797 Notice of Action for biometrics appointment**). On May 18, 2015 plaintiffs did present themselves at the designation location and successfully submitted their biometrics. (**Exhibit D-Biometrics appointment notice stamped by the application support center**).

4.    Since after taking of plaintiffs' biometrics, defendant Los Angeles Asylum office has had absolutely no communication with plaintiffs about scheduling plaintiffs' asylum interview.

5.    Defendants have thus violated the Administrative Procedures Act ("APA") by failing to schedule plaintiffs for an asylum interview which has been pending now for nearly eight years. Plaintiffs seek to compel defendants, through a writ of mandamus, to schedule an asylum interview for plaintiffs on the pending Asylum Application.

**PARTIES**

6.    Plaintiff Mohammad Reza Oskounejad is a national and citizen of Iran. Plaintiff Seyedeh Nasim Ziya is the spouse of plaintiff Mohammad Reza Oskounejad, and plaintiff Salar Oskounejad is their son. All plaintiffs are named in the Asylum Application, Mohammad Reza is the lead and his wife and son are derivatives.

MESERKHANI & BAGRAMIAN LLP
1153 North Brand Blvd., Glendale, CA 91202
Tel: (818) 291-9810  Fax: (818) 291-9285

2

MESERKHANI & BAGRAMIAN LLP
1153 North Brand Blvd., Glendale, CA 91202
Tel: (818) 291-0810 Fax: (818) 291-9285

7.      Defendant United States Department of Homeland Security ("DHS") is an agency of the United States government involved in the acts challenged. DHS employs the officers and agents as defendants, and includes the USCIS and the Los Angeles Asylum Office, and the officers named as defendants herein.

8.      Defendant USCIS is an agency of the United States government under the DHS, overseeing the Los Angeles Asylum Office and officers named as defendants herein.

9.      Defendant Los Angeles Asylum Office is an office within USCIS with direct authority and responsibility to adjudicate plaintiffs' asylum application.

10.     Defendant David Radel, is the director of the Los Angeles Asylum Office. He is named as defendant in his official capacity, as the one charged in overseeing the adjudication of the asylum applications at Los Angeles Asylum Office in a timely manner.

11.     Defendant Alejandro Mayorkas ("Secretary Mayrokas") is the Secretary of DHS. He is named in his official capacity as the person in charge of the administration and enforcement of all immigration and citizenship laws that are manifest in the powers, duties and functions of the DHS.

12.     Defendant UR M. Jaddou ("Director Jaddou") is the Director of USCIS, the agency charged with the adjudication of plaintiffs' asylum application. He is named herein as defendant in his official capacity as the person in charge of oversight, administration, and execution of the immigration laws of the United States.

13.     Defendant Ted Kim ("Associate Director Kim") is the Associate Director of Refugee, Asylum, and International Operations. He is named herein as defendant in his official capacity being in charge of the overall supervision of all asylum offices, including the Los Angeles Asylum Office, and on occasions in charge of final adjudication and review of asylum applications.

## JURISDICTION

14.     The ADA recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer such wrong because of the defendants' failure to act upon a

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

1  pending asylum application for what has been essentially an indefinite but certainly an
2  unreasonably long period of time.

3      15. This Court has jurisdiction over the instant action pursuant to 8 C.F.R. section
4          204 of Immigration and Nationality Act ("INA") § 203 (b)(1)(C); 28 U.S.C. §
5          1131; 28 U.S.C. § 1361, the Mandamus Act; 28 U.S.C. 2201, the Declaratory
6          Judgment Act; and 5 U.S.C. §§ 701-706, the Administrative Procedures Act.
7          Costs and fees will be sought pursuant to the equal Access to Justice Act, 5
8          U.S.C. § 504 and 28 U.S.C. § 2412(d), et seq. Relief is requested pursuant to
           said statutes.

9      16. The APA, pursuant to 5 U.S.C. § 706(1), also provides that courts "shall
10         compel agency action unlawfully withheld." Courts have held that this provision
11         eliminates court discretion to grant relief once an agency has violated a
12         statutory deadline. See, *Biodiversity Legal Foundation v Badgley*, 309 F.3d
13         1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically
14         provided a deadline for performance,

15  …no balancing of factors is required or permitted."

16                                      **VENUE**

17      17.    Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which
    provides that in a civil action in which defendant is an officer or employee of the United
18  States or any agency thereof acting in his or her official capacity, or under the color of
19  legal authority, or any agency of the United States, the action may be brought in any
20  judicial district in which a plaintiff resides, so long as no real property is involved in the
21  action. Plaintiffs reside in Los Angeles, California, which is located in the Central District
22  of California. No real property is involved in this action. Therefore, venue is proper in this
23  Court.

24                          **EXHAUSTION OF REMEDIES**

25      18.    Plaintiffs have no administrative remedies. They have received no
    correspondence form any of the defendants, since filing of their Asylum Application,
26  about how much longer they will have to wait to be called for an interview. Defendants
27  have neglected to perform their duties. There are no administrative remedies for neglect
28  of duty.

MUSERKHANI & BAGRAMIAN LLP
1153 North Brand Blvd., Glendale, CA 91202
Tel: (818) 291-9810  Fax: (818) 291-9285

4

MESERKHANI & BAGRAMIAN LLP
1153 North Brand Blvd., Glendale, CA 91202
Tel: (818) 291-0810 Fax: (818) 291-9285

## CAUSE OF ACTION

19.     Pursuant to U.S.C. § 1158, plaintiff Mohammad Reza Oskounejad submitted the Asylum Application on May 4, 2015. The application was received by Los Angeles Asylum office on May 6, 2015. Since that date, there has been no communication or information from defendants about when his asylum interview would be scheduled.

20.     Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

21.     Under the APA, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of relevant statute, is entitled to judicial review thereof.

22.     Defendants have a statutory duty to adjudicate asylum applications within 180 days of filing pursuant to U.S.C. § 1158(d)(5)(A)(iii). It has been nearly eight years since plaintiffs submitted their asylum application and yet their case has not been scheduled for an interview.

23.     Plaintiffs have no adequate remedy at law and will continue to suffer irreparable harm if their asylum case is not scheduled for an interview promptly.

24.     Pursuant to U.S.C. § 1361, this Court has original jurisdiction in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiffs.

25.     Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

26.     Plaintiffs' claim in this action is clear and certain. Plaintiffs re-allege Paragraphs 1 through 25, as if fully set forth. Plaintiffs are entitled to an order in the nature of mandamus to compel defendants and each of them to schedule an interview for plaintiffs' pending Asylum Application.

27.     As a result of defendant's failure to perform their duties, plaintiffs have
suffered, are suffering, and will continue to suffer irreparable harm. Specifically,

a.      Plaintiffs have been suffering from the fear of not knowing what will happen
with their asylum application for nearly eight years. They have been constantly hoping to
be called for an interview so that they know where they stand and could move on with
their lives. Because of the long wait and uncertainty, they have not been able to make
any plans for their lives and have enduring significant psychological damage.

b.      The delay has caused irreparable harm to plaintiffs, who have been living
their lives in constant fear of being forced to return to Iran, where they and their two U.S.
born children will be in danger or persecution, torture and death.

28.     Defendants, in violation of APA, are unlawfully withholding or unreasonably
delaying action on plaintiffs' asylum application, and have failed to carry out the non-
discretionary adjudicative function delegated to the by law with regard to their case.

29.     Defendants in violation of the APA and 22 C.F.R. § 42.81(a), are unlawfully
withholding or unreasonably delaying action on plaintiffs' asylum application and have
failed to carry out the non-discretionary adjudicative functions delegated to them by law
with regard to their case.

30.     Defendants' duty is non-discretionary, ministerial, and so plainly described
as to be free from doubt that mandamus is appropriate.

31.     Plaintiffs have attempted to learn and have inquired about the status of their
pending application, all to no avail. Defendant Los Angeles Asylum Office is the only
body able to make decisions on the scheduling of asylum interviews, leaving no adequate
remedy. Accordingly, plaintiffs have been forced to pursue the instant course of action.

**PRAYER FOR RELIEF**

32.     WHEREFORE, based on the above arguments and authorities, plaintiffs
respectfully pray that defendants be cited to appear herein and that, upon due
consideration, the Court:

a.  Accept and maintain continuing jurisdiction of this action;

MESERKHANI & BAGRAMIAN LLP
1153 North Brand Blvd., Glendale, CA 91202
Tel: (818) 291-9810 Fax: (818) 291-9285

b. Declare as unlawful the past and continuing violation by defendants of failing to act on a properly filed application for asylum and for withholding of removal;

c. Declare defendants failure to carry out their adjudicative functions delegated to them by law with regard to plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling defendants to take action on plaintiffs' asylum application by scheduling an asylum interview;

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361and 5 U.S.C. § 706(1), compelling defendants to take action on plaintiffs asylum application by scheduling an asylum interview;

f. Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g. Grant such other relief at law and equity as justice may require.

Dated: March 13, 2023                    MESERKHANI & BAGRAMIAN LLP

/s/ *Seroj Meserkhani*

By:_____

Seroj Meserkhani,, Esq.
Attorney for Plaintiffs

MESERKHANI & BAGRAMIAN LLP
1153 North Brand Blvd., Glendale, CA 91202
Tel: (818) 291-9810 Fax: (818) 291-9285

LIST OF EXHIBIT TO COMPLAINT FIR DECLATORY AND INJUNCTIVE RELIF AND

FOR WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

OSKOUNEJAD v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al

| EXHIBIT | DESCRIPTION | PAGE |
|---------|-------------|------|
| A | I-589 Application for Asylum and Withholding of Removal | 9-27 |
| B | Notice of Receipt of the asylum application by Los Angeles Asylum Office | 28 |
| C | I-797 (C)Notice of Action giving plaintiffs a biometrics appointment | 29-31 |
| D | I-797 (C) Notice of Action stamped by USCIS application center confirming plaintiffs submitted to biometrics | 32-34 |

8

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

# EXHIBIT "A"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

**I-589, Application for Asylum
and for Withholding of Removal**

START HERE - Type or print in black ink. See the instructions for information about eligibilty and how to complete and file this application. There is NO filing fee for this application.

NOTE: Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) |
|---|---|
| | |

| 3. Complete Last Name | 4. First Name | 5. Middle Name |
|---|---|---|
| Oskounejad | Mohammad Reza | |

**6. What other names have you used (include maiden name and aliases)?**
None

**7. Residence in the U.S. (where you physically reside)**

| Street Number and Name | | Apt. Number |
|---|---|---|
| 21601 Erwin Street | | 182 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Woodland Hills | CA | 91367 | (818) 3120428 |

**8. Mailing Address in the U.S. (if different than the address in Item Number 7)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| | ( ) |

| Street Number and Name | Apt. Number |
|---|---|
| | |

| City | State | Zip Code |
|---|---|---|
| | | |

| 9. Gender: ☒ Male   ☐ Female | 10. Marital Status: ☐ Single   ☒ Married   ☐ Divorced   ☐ Widowed |
|---|---|

| 11. Date of Birth (mm/dd/yyyy) | 12. City and Country of Birth |
|---|---|
| 04/16/1984 | Tehran, Iran |

| 13. Present Nationality (Citizenship) | 14. Nationality at Birth | 15. Race, Ethnic, or Tribal Group | 16. Religion |
|---|---|---|---|
| Iranian | Iranian | White | Christian |

**17. Check the box, a through c, that applies:   a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.   **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**18. Complete 18 a through c.**

**a.** When did you last leave your country? (mmm/dd/yyyy) 04/11/2015   **b.** What is your current I-94 Number, if any? ____

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 04/12/2015 | Place Abu Dhabi | Status Visitor B1/B2 | Date Status Expires 10/10/2015 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document? | 20. Passport Number I95713321 | 21. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| Iran | Travel Document Number | 03/24/2019 |

| 22. What is your native language (include dialect, if applicable)? | 23. Are you fluent in English? | 24. What other languages do you speak fluently? |
|---|---|---|
| Farsi | ☐ Yes   ☒ No | None |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: ____ Asylum Officer ID#: ____ | Decision: Approval Date: ____ Denial Date: ____ Referral Date: ____ |
|---|---|---|---|

Form I-589 (Rev. 11/01/12) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**    ☐  I am not married. *(Skip to Your Children below.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* I95714088 | 3. Date of Birth *(mm/dd/yyyy)* 03/30/1987 | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name Ziya | 6. First Name Seyedeh Nasim | 7. Middle Name | 8. Maiden Name |

| 9. Date of Marriage *(mm/dd/yyyy)* 07/11/2005 | 10. Place of Marriage Tehran | 11. City and Country of Birth Tehran, Iran |
|---|---|---|

| 12. Nationality *(Citizenship)* Iranian | 13. Race, Ethnic, or Tribal Group White | 14. Gender ☐ Male   ☒ Female |
|---|---|---|

**15.** Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. Abu Dhabi | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* 04/12/2015 | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* Visitor B1/B2 |
|---|---|---|---|
| 20. What is your spouse's current status? Visitor | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* 10/10/2015 | 22. Is your spouse in Immigration Court proceedings? ☐ Yes  ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐  I do not have any children. *(Skip to Part A.III., Information about your background.)*

☒  I have children.    Total number of children:  1

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* X95300743 | 3. Marital Status *(Married, Single, Divorced, Widowed)* Single | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name Oskounejad | 6. First Name Salar | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* 08/23/2011 |
| 9. City and Country of Birth Dubai, UAE | 10. Nationality *(Citizenship)* Iranian | 11. Race, Ethnic, or Tribal Group White | 12. Gender ☒ Male   ☐ Female |

**13.** Is this child in the U.S. ?  ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. Abu Dhabi | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* 04/12/2015 | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* Visitor |
|---|---|---|---|
| 18. What is your child's current status? Visitor | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* 10/10/2015 | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☒ No |  |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No   .

**Part A.II. Information About Y    Spouse and Children** (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth (mm/dd/yyyy) |
| **9.** City and Country of Birth | **10.** Nationality (Citizenship) | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male   ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)    ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | | **20.** Is your child in Immigration Court proceedings?  ☐ Yes   ☐ No |

**21.** If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth (mm/dd/yyyy) |
| **9.** City and Country of Birth | **10.** Nationality (Citizenship) | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male   ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)    ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | | **20.** Is your child in Immigration Court proceedings?  ☐ Yes   ☐ No |

**21.** If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth (mm/dd/yyyy) |
| **9.** City and Country of Birth | **10.** Nationality (Citizenship) | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male   ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)    ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | | **20.** Is your child in Immigration Court proceedings?  ☐ Yes   ☐ No |

**21.** If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| No 8 1st Fl Shaid Naser | Tehran-Gheitarye | | Iran | 06/13 | 11/14 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 21601 Erwin Street | Woodland Hills | CA | USA | 04/15 | |
| No 8 1st Fl Shaid Naser | Tehran-Gheitarye | | Iran | 02/14 | 04/15 |
| Vila 17, St.9, Spring 2 | Dubai | | UAE | 08/01 | 01/14 |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Sharjah College | College | Sharjah, UAE | **09/01** | 02/06 |
| Saeed | High School | Tehran, Iran | 09/98 | 06/01 |
| | | | | |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Self-employed, Tehran Iran | Jeweler, goldsmith | 07/07 | 04/15 |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Mansoureh Salekesfehani | Tehran, Iran | ☐ Deceased Tehran, Iran |
| *Father* Mohammad M. Oskounejad | Tehran, Iran | ☐ Deceased Tehran, Iran |
| *Sibling* Milad Oskounejad | Tehran, Iran | ☐ Deceased Tehran, Iran |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | | |
|---|---|---|---|
| ☐ | Race | ☒ | Political opinion |
| ☒ | Religion | ☐ | Membership in a particular social group |
| ☐ | Nationality | ☒ | Torture Convention |

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☒ No          ☐ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

```
Please see statement
```

B. Do you fear harm or mistreatment if you return to your home country?

☐ No          ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

```
Please see statement
```

13

**Part B. Information About Your Application (Continued)**

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

    ☐ No      ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

> Please see statement

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

    ☒ No      ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

    ☒ No      ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

    ☐ No      ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> Please see statement

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [X] No          [ ] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [ ] No          [X] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [X] No          [ ] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   Travelled through UAE

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No          [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Mohammad Reza Oskounejad | محمدرضا اسكونژاد |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No    ☐ Yes *(If "Yes," list the name and relationship.)*

| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |
|---|---|---|---|

Did someone other than your spouse, parent, or child(ren) prepare this application?    ☐ No   ☒ Yes *(If "Yes,"complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?    ☒ No   ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ ~~signature~~ ]    05/04/2015

Sign your name so it all appears within the brackets    Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer | | |
|---|---|---|---|
| | Seroj Meserkhani | | |
| Daytime Telephone Number | Address of Preparer: Street Number and Name | | |
| ( 818 ) 291-9810 | 1153 N. Brand Blvd. | | |
| Apt. Number | City | State | Zip Code |
| | Glendale | CA | 91202 |

## Part F. To Be Completed at Asylum Interview, if Applicable

NOTE: *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

NOTE: *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children).*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part  _____

Question  _____



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**

OMB No. 1615-0105
Expires 03/31/2018

---

### Part 1. Information About Attorney or Accredited Representative

**1.** USCIS ELIS Account Number *(if any)*
▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Name and Address of Attorney or Accredited Representative

**2.a.** Family Name *(Last Name)* | Meserkhani
**2.b.** Given Name *(First Name)* | Seroj
**2.c.** Middle Name |

**3.a.** Street Number and Name | 1153 N Brand Blvd
**3.b.** Apt. ☐ Ste. ☐ Flr. ☐ |
**3.c.** City or Town | Glendale
**3.d.** State | CA   **3.e.** ZIP Code | 91202
**3.f.** Province |
**3.g.** Postal Code |
**3.h.** Country | USA

**4.** Daytime Telephone Number | 8182919810

**5.** Fax Number | 8182919285

**6.** E-Mail Address *(if any)* | sm@mbllplaw.com

**7.** Mobile Telephone Number *(if any)* |

---

### Part 2. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before *(Select only one box)*:

**1.a.** ☒ USCIS

**1.b.** List the form numbers
I-589   I-765

**2.a.** ☐ ICE

**2.b.** List the specific matter in which appearance is entered

**3.a.** ☐ CBP

**3.b.** List the specific matter in which appearance is entered

I enter my appearance as attorney or accredited representative at the request of:

**4.** Select only one box:
☐ Applicant   ☐ Petitioner   ☐ Requestor
☐ Respondent (ICE, CBP)

### Information About Applicant, Petitioner, Requestor, or Respondent

**5.a.** Family Name *(Last Name)* | Oskounejad
**5.b.** Given Name *(First Name)* | Mohammad Reza
**5.c.** Middle Name |

**6.** Name of Company or Organization *(if applicable)* |

---



Form G-28   03/04/15   N

## Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

7. USCIS ELIS Account Number *(if any)*

   ▶ | | | | | | | | | | |

8. Alien Registration Number (A-Number) or Receipt Number

9. Daytime Telephone Number

   8183120428

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. If the applicant, petitioner, requestor, or respondent has used a safe mailing address on the application, petition, or request being filed with this Form G-28, provide it in these spaces.

**12.a.** Street Number and Name: 21601 Erwin Street

**12.b.** Apt. ☐ Ste. ☐ Flr. ☐

**12.c.** City or Town: Woodland Hills

**12.d.** State: CA   **12.e.** ZIP Code: 91367

**12.f.** Province:

**12.g.** Postal Code:

**12.h.** Country: USA

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

Licensing Authority

California

**1.b.** Bar Number *(if applicable)*

224933

**1.c.** Name of Law Firm

Meserkhani and Bagramian, LLP

**1.d.** I *(choose one)* ☒ *am not* ☐ *am*

subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

**2.b.** Name of Recognized Organization

**2.c.** Date accreditation expires

   *(mm/dd/yyyy)* ▶



Form G-28  03/04/15  N

22

## Part 3.  Eligibility Information for Attorney or Accredited Representative *(continued)*

3. ☐ I am associated with

_____

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c.** in **Part 3.** *(whichever is appropriate).*

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

_____

## Part 4.  Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### *Consent to Representation and Release of Information*

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) unless you ask us to send those documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a ☐ I request DHS send any notice (including Form I-94) on an application, petition, or request to the business address of my attorney of record or accredited representative as listed in this form.  I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the business address of my attorney of record or accredited representative as listed in this form.  I consent to having my secure identity document sent to my attorney of record or accredited representative and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent

3.b. Date of Signature *(mm/dd/yyyy)* ▶ 05/04/2015

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date of Signature *(mm/dd/yyyy)* ▶ 05/04/2015



*23*

## Part 6.  Additional Information

Use the space below to provide additional information
pertaining to **Part 3., Item Numbers 1.a. - 1.d.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



Form G-28  03/04/15  N

24



Country of Residence:
United Arab Emirates

Place of Issue:
DUBAI

Name & Position of Issuing officer:
DAVOUD MORADI_FIRST CONSUL

ISLAMIC REPUBLIC OF IRAN

Passport Number: I95713321

Surname: OSKOUNEJAD
Given Name: MOHAMMAD REZA
Father's Name: MOHAMMAD MEHDI
Date&Place of Birth: 16/04/1984 TEHRAN
Sex: M
Date of Issue: 24/03/2014
Date of Expiry: 24/03/2019

```
P<IRN<OSKOUNEJAD<<MOHAMMAD<REZA<<<<<<<<<<<<<<<<
I957133211IRN8404165M1903245<<<<<<<<<<<<<<<04
```

25



Country of Residence: کشور محل اقامت:
**United Arab Emirates** امارات عربی متحده
Place of Issue: محل صدور:
**DUBAI** دبی

امضاء دارنده گذرنامه
Holder's Signature:

مدرک صدور گذرنامه:
گذرنامه  ۱۵۱۲۳۱۴۶  ۱۳۸۸/۰۱/۲۶ دبی

Name & Position of Issuing officer: نام و سمت صادر کننده:
**DAVOUD MORADI_FIRST CONSUL** داود مرادی_کنسول درجه یک

Observation: ملاحظات:
آخرین تاریخ خروج: ۱۳۹۲/۰۶/۰۶ از: فرودگاه امام خمینی(ره)

جمهوری اسلامی ایران
ISLAMIC REPUBLIC OF IRAN

Passport Number: 195714088   تاریخ ملی:
شماره ملی شناسنامه:

Surname: ZIYA   نام خانوادگی:
Given Name: SEYEDEH NASIM   نام: سیده نسیم
Father's Name: SEYED JALAL   نام پدر: سید جلال
Date&Place of Birth: 30/03/1987 TEHRAN   تاریخ و محل تولد: تهران
Sex: F   جنس:
شماره شناسنامه: ۲۵۰۶
Date of Issue: 15/04/2014   تاریخ صدور: ۱۳۹۳/۰۱/۲۶
Date of Expiry: 15/04/2019   تاریخ انقضاء: ۱۳۹۸/۰۱/۲۶

P<IRN<ZIYA<<SEYEDEH<NASIM<<<<<<<<<<<<<<<<<<<<
I957140886IRN8703307F1904150<<<<<<<<<<<<<<02

26



امضاء دارنده گذرنامه

Holder's Signature:

Country of Residence:
United Arab Emirates

کشور محل اقامت:
امارات عربی متحده

Place of Issue:
DUBAI

محل صدور:
دبی

مدرک صدور گذرنامه:
بند ۲ ماده ۹۷۶ قانون مدنی

Name & Position of Issuing officer:

نام و سمت صادر کننده:
بهزاد موزرم پور_کنسول درجه یک

Observation :
BEHZAD MOUZARMPOUR_FIRST CONSUL     ملاحظات :

از: مسافرت نکرده

جمهوری اسلامی ایران
ISLAMIC REPUBLIC OF IRAN

Passport Number: X95300743     ۲۷۱-۲۳۴۱۴۳-

نام خانوادگی: اسکونژاد

Surname: OSKOUNEJAD

Given Name: SALAR     نام: سالار

Father's Name: MOHAMMADREZA     نام پدر: محمدرضا

Date & Place of Birth: 23/08/2011 DUBAI     تاریخ و محل تولد: ۱۳۹۰/۰۶/۰۱ دبی

Sex: M     جنس: مرد

Date of Issue: 13/09/2011     تاریخ صدور: ۱۳۹۰/۰۶/۲۲

Date of Expiry: 12/09/2016     تاریخ انقضا: ۱۳۹۵/۰۶/۲۲

شماره شناسنامه: ۲۳۴۱۴۳-۲۷۱

```
P<IRN<OSKOUNEJAD<<SALAR<<<<<<<<<<<<<<<<<<<<<<<<
X95300743IRN1108235M1609123<<<<<<<<<<<<<<<08
```

27

# EXHIBIT "B"

F
R
O
M

US DEPT OF HOMELAND SECURITY
BUREAU OF CITZ & IMMIGRATION SVCS
ASYLUM OFFICE
P. O. BOX 65015
ANAHEIM, CA 92815-8515

NAME: MOHAMMAD REZA OSMOONEJAD
A-NUMBER: 206218156 RCPT#: ZLA1300072100
                *** ACKNOWLEDGEMENT OF RECEIPT ***                    DATE: 5/07/15
                                                                      FORM: I-589

    Your complete Form I-589 asylum application was received and is pending
as of 5/05/15. You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from BCIS. If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.

T
O

GEROJ MESERKHANI
C/O MESERKHANI & BAGRAMIAN LLP
1153 N BRAND BLVD

GLENDALE, CA 91202

28

# EXHIBIT "C"

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>May 09, 2015 |
|---|---|---|---|
| CASE TYPE<br>I589     Application For Asylum | | | USCIS A#<br>A 208 216 156 |
| RECEIPT NUMBER<br>ZLA1500072100 | RECEIVED DATE<br>May 06, 2015 | PRIORITY DATE<br>May 06, 2015 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MOHAMMAD REZA OSKOUNEJAD
c/o SEROJ MESERKHANI
MESERKHANI & BAGRAMIAN LLP
1153 N BRAND BLVD
GLENDALE CA  91202



|ılıııılılılıllııılıl

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHATSWORTH<br>19809 PRAIRIE STREET<br>1ST FLOOR, SUITE 109<br>CHATSWORTH CA 913116504 | 05/12/2015<br>to<br>05/26/2015 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | REPRESENTATIVE COPY |
|---|---|



*29*

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>May 09, 2015 |
|---|---|---|---|
| CASE TYPE<br>I589     Application For Asylum | | | USCIS A#<br>A 208 216 157 |
| RECEIPT NUMBER<br>ZLA1500072140 | RECEIVED DATE<br>May 06, 2015 | PRIORITY DATE<br>May 06, 2015 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SEYEDEH NASIM ZIYA
c/o SEROJ MESERKHANI
MESERKHANI & BAGRAMIAN LLP
1153 N BRAND BLVD
GLENDALE CA 91202



ldlmlllddllllmldl

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHATSWORTH<br>19809 PRAIRIE STREET<br>1ST FLOOR, SUITE 109<br>CHATSWORTH CA 913116504 | 05/12/2015<br>to<br>05/26/2015 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | REPRESENTATIVE COPY |
|---|---|
| |  |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | NOTICE DATE<br>May 09, 2015 |
|---|---|---|
| CASE TYPE<br>I589      Application For Asylum | | USCIS A#<br>A 208 216 158 |
| RECEIPT NUMBER<br>ZLA1500072160 | RECEIVED DATE<br>May 06, 2015 | PRIORITY DATE<br>May 06, 2015 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SALAR OSKOUNEJAD
c/o SEROJ MESERKHANI
MESERKHANI & BAGRAMIAN LLP
1153 N BRAND BLVD
GLENDALE CA  91202



Ihluullululdlluld

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHATSWORTH<br>19809 PRAIRIE STREET<br>1ST FLOOR, SUITE 109<br>CHATSWORTH CA 913116504 | 05/12/2015<br>to<br>05/26/2015 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | REPRESENTATIVE COPY |
|---|---|



Please see the back of this notice for important information.

Form I-797C  01/02/12 Y

31

# EXHIBIT "D"

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>May 09, 2015 |
|---|---|---|---|
| CASE TYPE<br>1589    Application For Asylum | | | USCIS A#<br>A 208 216 156 |
| RECEIPT NUMBER<br>ZLA1500072100 | RECEIVED DATE<br>May 06, 2015 | PRIORITY DATE<br>May 06, 2015 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MOHAMMAD REZA OSKOUNEJAD
c/o SEROJ MESERKHANI
MESERKHANI & BAGRAMIAN LLP
1153 N BRAND BLVD
GLENDALE CA 91202



hlundlnhdlhunhl

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHATSWORTH<br>19809 PRAIRIE STREET<br>1ST FLOOR, SUITE 109<br>CHATSWORTH CA 913116504 | 05/12/2015<br>to<br>05/26/2015 | Sat - Sun Closed<br>Mon - Fri 8am-3pm |

BIOMETRICS PROCESSING STAMP

ASC SITE CODE _____

BIOMETRICS QA REVIEW BY:

9/30/15 _____ ON MAY 18 2015

TENPRINTS QA REVIEW BY:

MAY 18 2015

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-day period may delay your eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283

REPRESENTATIVE COPY



Please see the back of this notice for important information.

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | | NOTICE DATE |
|---|---|---|---|
| Fingerprint Notification | | | May 09, 2015 |
| CASE TYPE | | | USCIS A# |
| I589    Application For Asylum | | | A 208 216 157 |
| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| ZLA1500072140 | May 06, 2015 | May 06, 2015 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SEYEDEH NASIM ZIYA
c/o SEROJ MESERKHANI
MESERKHANI & BAGRAMIAN LLP
1153 N BRAND BLVD
GLENDALE CA 91202

BIOMETRICS PROCESSING STAM
ASC SITE CODE
BIOMETRICS QA REVIEW BY:
ON    MAY 1 8 2015

You have been scheduled to appear at the Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of the background identity and security checks is required in order to process your application.

| | | Hours of Operation |
|---|---|---|
| Address | 14-Day Period | CLOSED ON FEDERAL HOLIDAYS |
| USCIS CHATSWORTH | 05/12/2015 | Sat - Sun  Closed |
| 19809 PRAIRIE STREET | to | Mon - Fri 8am-3pm |
| 1ST FLOOR, SUITE 109 | 05/26/2015 | |
| CHATSWORTH CA 913116504 | | |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.

REPRESENTATIVE COPY



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | | |
|---|---|---|---|
| Fingerprint Notification | | | **NOTICE DATE** May 09, 2015 |
| **CASE TYPE** I589     Application For Asylum | | | **USCIS A#** A 208 216 158 |
| **RECEIPT NUMBER** ZLA1500072160 | **RECEIVED DATE** May 06, 2015 | **PRIORITY DATE** May 06, 2015 | **PAGE** 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SALAR OSKOUNEJAD
c/o SEROJ MESERKHANI
MESERKHANI & BAGRAMIAN LLP
1153 N BRAND BLVD
GLENDALE CA 91202



Ilhoullaldllooddl

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | **Hours of Operation** CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHATSWORTH 19809 PRAIRIE STREET 1ST FLOOR, SUITE 109 CHATSWORTH CA 913116504 | 05/12/2015 to | Sat - Sun  Closed Mon - Fri 8am-3pm |

BIOMETRICS PROCESSING STAMP

ASC SITE CODE _____

BIOMETRICS QA REVIEW BY:

ON _MAY 1 8 2015_

TENPRINTS QA REVIEW BY:

ON____

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.          REPRESENTATIVE COPY

